13

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT United States District Court Southern District of Texas ENTERED |

Bustos-Garza

versus

Spence et al

§
§
§
§
§
§

CIVIL ACTION B- 98-184

APR 29 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: 2 days.      ☐ Bench   ☑ Jury

2. New parties must be joined by:     July 1, 1999

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   August 16, 1999

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     October 20, 1999

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:     December 1, 1999

****************************************************************************

7. Joint pretrial order is due:     1-18-2000

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   2-03-2000

   *The case will remain on standby until tried.*

9. Jury Selection:     2-08-2000

Signed April 22, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge