*14*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Bustos -Garza

*versus*                                        §
                                                §
                                                §        CIVIL ACTION  B- 98-184
Spence                                          §
                                                §

## Order Setting Conference

United States District Court
Southern District of Texas
ENTERED

APR 2 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

1.      A status conference will be held on:

                        10-18                        , 1999

                        at  2:00          p. .m.

                Courtroom, Fourth Floor
                United States Courthouse
                500 Easts Tenth Street
                Brownsville, Texas  78521.

2.      To insure full notice, each party who receives this notice must send a copy of it to every
        other party even if they may have been sent one by the court.

3.      Each party shall appear in person by an attorney with (a) full knowledge of the facts and
        (b) authority to bind the client.

4.      The court will decide pending motions, narrow issues, and discuss evidence to be
        presented at trial.  Counsel are to consult among themselves about these matters well in
        advance.  *See* Fed. R. Civ. P. 16.

Signed _____April 22_____ , 1999, at Brownsville, Texas.

                        _____
                        Hilda G. Tagle
                        United States District Judge