16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SAN JUANITA BUSTOS GARZA | § |
| | § |
| | § CIVIL ACTION NO. B-98-184 |
| VS. | § |
| | § |
| LARRY G. SPENCE, in his | § |
| official capacity as Sheriff | § |
| of WILLACY COUNTY, TEXAS AND | § |
| COUNTY OF WILLACY | § |

## ORDER GRANTING MOTION FOR DESIGNATION FOR ATTORNEY IN CHARGE

On this the ___3rd___ day of ___May___ 1999, came on for consideration Motion for Designation for Attorney in charge. Having examined same and considered the arguments of counsel, this Court is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that Mr. Ryan Henry be designated attorney in charge and Mr. Charles Willette, Jr being an attorney of record. Motion for Designation for attorney in Charge Motions is GRANTED.

SIGNED on this ___3rd___ day of ___May___ 1999.

_____
UNITED STATES DISTRICT JUDGE