*18*

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAY 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

BUSTOS-GARZA, ET AL

§
§
§
§

*versus*                          CIVIL ACTION  B-98-184

§
§
§

SPENCE

§

# Order Resetting Conference

The status conference set for June 18, 1999  has been reset to:

June 17, 1999,

at 2:p.m.

Signed on  May 13, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*o.*
*updateddl.*