IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAN JUANITA BUSTOS GARZA | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| vs. | § | B-98-184 |
| | § | |
| LARRY G. SPENCE, in his | § | |
| official capacity as Sheriff of | § | |
| WILLACY COUNTY, TEXAS, | § | |
| and COUNTY OF WILLACY, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff having filed an unopposed motion to file a Second Amended Original Complaint with the proposed Second Amended Original Complaint attached and it appearing that said motion is unopposed, it is hereby

**ORDERED** that the proposed Second Amended Original Complaint be filed.

**SIGNED** in Brownsville, Texas this 28 day of July, 1999.

JUDGE HILDA TAGLE
UNITED STATES DISTRICT JUDGE