29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SAN JUANITA BUSTOS GARZA § | |
| § | |
| § | CIVIL ACTION NO. B-98-184 |
| VS. § | |
| § | |
| LARRY G. SPENCE, in his § | |
| official capacity as Sheriff § | |
| of WILLACY COUNTY, TEXAS AND § | |
| COUNTY OF WILLACY § | |

**ORDER GRANTING MOTION FOR ENLARGEMENT OF DISCOVERY DEADLINE**

Be it remembered on the 13 day of September, 1999, came on to be heard the Defendants LARRY G. SPENCE, in his official capacity as Sheriff of WILLACY COUNTY, TEXAS AND COUNTY OF WILLACY's, Motion for Enlargement of Discovery Deadline. After considering said Motion this Court determines that it should in all things be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants LARRY G. SPENCE, in his official capacity as Sheriff of WILLACY COUNTY, TEXAS AND COUNTY OF WILLACY's, Unopposed Motion for Enlargement of Discovery Deadline be granted. The previous discovery deadline of October 20, 1999 is herein after extended to 12-03-____, 1999. All discovery in this case will be completed by this date.

DONE on this 13 day of September 1999.

_____
U. S. DISTRICT JUDGE PRESIDING