

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| San Juanita Bustos Garza, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-98-184 |
| Larry G. Spence, et al, | § § | |
| Defendants. | § § | |

### FINAL JUDGMENT

BE IT REMEMBERED, that on January 31, 2000, the Court considered the Defendants' Motion for Summary Judgment [Dkt. No. 30]. Based on the record of counsels' arguments and the pleadings, the Court **GRANTED** the Defendants' motion. Therefore, all of Plaintiff San Juanita Bustos Garza's claims in this lawsuit have been dismissed with prejudice, and this case is now closed.

The parties are also **ORDERED** to file no further pleadings on these issues in this Court, including motions to reconsider or the like, unless justified by a compelling showing of new evidence not available at the time of the foregoing submissions.

DONE at Brownsville, Texas, this ___1___ day of February 2000.

Hilda G. Tagle
United States District Judge