47

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 00-40249
Summary Calendar

D.C. Docket No. B-98-CV-184

U.S. COURT OF APPEALS
**FILED**
DEC 13 2000
CHARLES R. FULBRUGE III
CLERK

SAN JUANITA BUSTOS GARZA

    Plaintiff - Appellant

v.

LARRY G SPENCE, in his official capacity as Sheriff of Willacy County, Texas, and County of Willacy; COUNTY OF WILLACY

    Defendants - Appellees

United States District Court
Southern District of Texas
**FILED**
JAN 0 8 2001
Michael N. Milby
Clerk of Court

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before HIGGINBOTHAM, DUHE' and WIENER, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JAN 0 4 2001

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy   JAN 0 4 2001
New Orleans, Louisiana